**No. 09M97. Victor A. Segovia, Petitioner v. Bach Construction, Inc.**

560 U.S. 922, 130 S. Ct. 3348, 176 L. Ed. 2d 1217, 2010 U.S. LEXIS 4222.

May 24, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 09-559. John Doe #1, et al., Petitioners v. Sam Reed, Washington Secretary of State, et al.**

560 U.S. 922, 130 S. Ct. 3348, 176 L. Ed. 2d 1217, 2010 U.S. LEXIS 4321.

May 24, 2010. Motion of Center for Constitutional Jurisprudence for leave to file a brief as amicus curiae granted.

**No. 09-846. United States, Petitioner v. Tohono O'odham Nation.**

560 U.S. 922, 130 S. Ct. 3349, 176 L. Ed. 2d 1217, 2010 U.S. LEXIS 4194.

May 24, 2010. Motion of the Solicitor General to dispense with printing the joint appendix granted.

**No. 09-958. David Maxwell-Jolly, Director, California Department of Health Care Services, Petitioner v.** Independent Living Center of Southern California, Inc., et al. (two judgments).

560 U.S. 922, 130 S. Ct. 3349, 176 L. Ed. 2d 1217, 2010 U.S. LEXIS 4190.

May 24, 2010. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

**No. 09-993. PLIVA, Inc., et al., Petitioners v. Gladys Mensing.**

560 U.S. 923, 130 S. Ct. 3349, 176 L. Ed. 2d 1217, 2010 U.S. LEXIS 4202.

May 24, 2010. The Solicitor General is invited to file briefs in this case expressing the views of the United States.

**No. 09-1039. Actavis Elizabeth, LLC, Petitioner v. Gladys Mensing.**

560 U.S. 923, 130 S. Ct. 3349, 176 L. Ed. 2d 1217, 2010 U.S. LEXIS 4226.

May 24, 2010. The Solicitor General is invited to file briefs in this case expressing the views of the United States.

**No. 09-8342. Danny M. Kelly, Petitioner v. Richard J. Day, et al.**

560 U.S. 923, 130 S. Ct. 3349, 176 L. Ed. 2d 1217, 2010 U.S. LEXIS 4362.

May 24, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.